FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 6:14 pm, Sep 04, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. 4:25cr-110 |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | Enticement of a Minor to Engage in |
| BERNADEL JUNIOR SEMEXANT | ) | Sexual Activity |
| | ) | |
| | ) | 18 U.S.C. § 2243(a) |
| | ) | Sexual Abuse of a Minor |
| | ) | |
| | ) | 18 U.S.C. § 1470 |
| | ) | Transfer of Obscene Material to a |
| | ) | Minor |
| | ) | |
| | ) | 18 U.S.C. § 2252(a)(2), (b)(1) |
| | ) | Receipt of Child Pornography |
| | ) | |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | Possession of Child Pornography |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

Beginning at a date unknown to the Grand Jury, but at least as early as November 2023 to on or about July 12, 2024, in Liberty County, within the Southern District of Georgia, and elsewhere, the Defendant,

**BERNADEL JUNIOR SEMEXANT,**

knowingly used a facility and means of interstate and foreign commerce to knowingly persuade, induce, and entice Minor Victim 1 (MV1), whose identity is known to the Grand Jury, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, to wit: Child

Molestation and Aggravated Child Molestation in violation of O.C.G.A. § 16-6-4; Statutory Rape in violation of O.C.G.A. § 16-6-3; and Sexual Abuse of a Minor in violation of 18 U.S.C. § 2243(a).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
*Sexual Abuse of a Minor*
18 U.S.C. § 2243(a)

In or about March 2024, in Liberty County, within the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States, namely Fort Stewart Military Reservation, the Defendant,

**BERNADEL JUNIOR SEMEXANT,**

knowingly engaged in a sexual act with another person who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant; to wit: contact between the penis and the vulva, contact with the mouth and the penis, and contact with the mouth and the vulva.

All in violation of Title 18, United States Code, Section 2244(a)(5).

## COUNT THREE
*Transfer of Obscene Material to a Minor*
18 U.S.C. § 1470

Beginning at a date unknown to the Grand Jury, but at least as early as March 2024 to on or about July 12, 2024, in Liberty County, within the Southern District of Georgia, and elsewhere, the Defendant,

**BERNADEL JUNIOR SEMEXANT,**

knowingly used a facility and means of interstate commerce, that is, the Internet and a mobile telephone, to transfer obscene matter to MV1, who had not attained the age of 16 years, knowing that MV1 had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section § 1470.

## COUNT FOUR
*Receipt of Child Pornography*
18 U.S.C. § 2252(a)(2), (b)(1)

Beginning at a date unknown to the Grand Jury, but at least as early as March 2024 to on or about July 12, 2024, in Liberty County, within the Southern District of Georgia, and elsewhere, the Defendant,

**BERNADEL JUNIOR SEMEXANT,**

knowingly received a visual depiction, using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

## COUNT FIVE
*Possession of Child Pornography*
18 U.S.C. § 2252(a)(4)(B)

Beginning at a date unknown to the Grand Jury, but at least as early March 2024 and to on or about September 12, 2024, in Liberty County, within the Southern District of Georgia, and elsewhere, the Defendant,

**BERNADEL JUNIOR SEMEXANT,**

knowingly possessed a matter, that is, an Apple iPhone mobile phone, which contained a visual depiction that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that was produced using material that had been mailed, shipped, and transported in interstate and foreign commerce, the production of the visual depiction involved the use of minor engaged in sexually explicit conduct and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253, 2428, 1467 and Title 28, United States Code, Section 2461.

Upon a conviction of one or more of Counts One, Two, Four, and Five of this Indictment charging a violation of Title 18, United States Code, Sections 2251, 2252, and 2422 the Defendant,

**BERNADEL JUNIOR SEMEXANT**,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, Sections 2251 or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto, including, but not limited to an Apple iPhone 15 Pro Max, S/N: KF4PV203PX; and shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2428(a) and (b)(1), and Title 28, United States Code, Section 2461, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation or any property traceable thereto; and any property, real or personal, constituting or derived from any proceeds

7

that such person obtained, directly or indirectly, as a result of such violation or any property traceable thereto.

If any of the property described above, as a result of any act or commission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Upon conviction of Count Three of this Indictment, the Defendant,

**BERNADEL JUNIOR SEMEXANT**,

shall forfeit to the United States, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 1467. The property to be forfeited under this authority includes an Apple iPhone 15 Pro Max, S/N: KF4PV203PX.

If any of the property described above, as a result of any act or commission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Foreperson

_____
Margaret E. Heap
United States Attorney

_____
Frank M. Pennington, II
Special Assistant United States Attorney
*Co-lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

_____
Sherri A. Stephan
Assistant United States Attorney
*Co-lead Counsel

# Indictment, Information, Complaint

4:25-cr-00110-RSB-CLR *SEALED* USA v. SEALED

## U.S. District Court

## Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 9/5/2025 at 3:58 PM EDT and filed on 9/4/2025
**Case Name:** USA v. SEALED
**Case Number:** 4:25-cr-00110-RSB-CLR *SEALED*
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**SEALED INDICTMENT as to Sealed Defendant 1 - 425cr110 (1) count(s) 1, 2, 3, 4, 5. (pts)**


**4:25-cr-00110-RSB-CLR *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.