**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

BERNADEL JUNIOR SEMEXANT,

Defendant.

CASE NO.: 4:25-cr-110

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's July 28, 2026, Report and Recommendation, (doc. 61), to which Defendant has filed objections, (doc. 64). Defendant's Objection does not identify any error in the Magistrate Judge's determination of the applicable law or relevant facts; it simply disagrees with his conclusions. (See, e.g., doc. 64, pp. 2, 7.) Even subject to *de novo* review, the undersigned finds Defendant's arguments no more persuasive than the Magistrate Judge did. Based on the record, the Court agrees that "[Defendant] has not established that his September 11, 2024, interview was custodial and the Government has established that he was not subject to any coercion . . . ." (Doc. 61, p. 15.) Accordingly, the Objections are **OVERRULED**, (doc. 64), and the Court **ADOPTS** the Report and Recommendation, (doc. 61), as its opinion. Defendant's Motion to Suppress his statements is **DENIED**. (Doc. 45.)

**SO ORDERED**, this 21st day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA