**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 4:25-CR-00110** |
| | ) | |
| **BERNADEL JUNIOR SEMEXANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION *IN LIMINE* TO EXCLUDE DEFENDANT'S STATEMENT TO HIS PASTOR ON JANUARY 9, 2025

COMES NOW, William Joseph Turner, counsel for the above-named Defendant, BERNADEL JUNIOR SEMEXANT, and hereby submits this MOTION *IN LIMINE* TO EXCLUDE DEFENDANT'S STATEMENT TO HIS PASTOR ON JANUARY 9, 2025, showing this Honorable Court as follows:

## BACKGROUND

On September 4, 2025, Defendant was indicted by a federal grand jury and charged with, among other things, Enticement of a Minor to Engage in Sexual Activity, Sexual Abuse of a Minor, Transfer of Obscene Material to a Minor, Receipt of Child Pornography, and Possession of Child Pornography (Doc. 3). The Indictment alleges that some time between November 2023 and July 2024, this Defendant enticed a minor to engage in a sexual act, and Count Two (Sexual Abuse of a Minor) specifically states that the Defendant engaged in a sexual act with a minor. As part of its Discovery disclosure, the Government has offered a recording of a telephone call that the Defendant made to his Pastor, Rony Denis, on January 9, 2025. Because this call is subject to the privilege of communications to clergy under O.C.G.A. § 24-5-502 (as adopted by Rule 501 of the

Federal Rules of Evidence), any mention of it or any allusion to it must be excluded from the upcoming trial.

## ARGUMENT

The Defendant's January 9, 2025 call with Pastor Denis must be excluded as privileged. The Federal Rules of Evidence, specifically Rule 501, governs any claim of privilege and allows for this Court to recognize the importance of the Clergy/Congregant privilege. While the Defendant recognizes that the Court's hands are not tied by the State of Georgia's clergy privilege, this Court can recognize any privilege that it desires to, given its reason and experience. Notes of Committee on the Judiciary, House Report No. 93-650. Because the clergy privilege is so fundamental to our system of justice, this Court must recognize it in this case.

As a preliminary matter, it must be noted that Pastor Rony Denis is the ordained minister of the House of Prayer Christian Church, with its headquarters and main congregation in Hinesville, Georgia. It is indisputable that Defendant Semexant was a congregant at that church. In the January 9, 2025 telephone call, the Defendant called Pastor Denis seeking to have a confidential clergyman conversation. Although that call has become available to the Government through someone apparently listening in on the call, there is no evidence that the Defendant knew that the call was being monitored. Furthermore, the nature of the call is that of a religious believer seeking religious advice from his pastor. This too should be indisputable. Therefore, the call was protected by privilege, and any reference to it at trial would be improper.

While this Court is not bound by the laws of the State of Georgia, the Defendant prays that the Court will take notice that the State has codified the clergyman privilege in O.C.G.A. § 24-5-502. That statute protects these communications where the person is seeking " spiritual guidance

or seeking counseling," as the Defendant was doing here. O.C.G.A. § 24-5-502. The importance of this privilege goes without saying, and is probably only second in importance to attorney/client privilege. I am sure that even the Government would concede the importance of that privilege.

THEREFORE, Defendant respectfully requests that the Court grant a Motion *in Limine* excluding the January 9, 2025 call with Defendant and his pastor and any allusions thereto at trial.

Respectfully submitted, this __23rd__ day of __September__, 2026.

/s/ W. Joseph Turner___
W. Joseph Turner
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664
joey@turner-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that this day I have served counsel for all parties with a copy of the foregoing pleading by filing through the CM/ECF system.

This 23rd day of September, 2026.

/s/ W. Joseph Turner___
W. Joseph Turner, Esq.
Attorney for Defendant
State Bar No.: 513605

The Turner Firm, LLC
Attorneys at Law
104 W. State Street, Suite 230
Post Office Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664
joey@turner-firm.com